UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Criminal No. 24cr10232 |
| | ) | |
| v. | ) | Violations: |
| | ) | |
| REMIGIJUS MIKELENAS, | ) | Counts One – Three: |
| | ) | Filing a False Tax Return |
| | ) | (26 U.S.C. § 7206(1)) |
| Defendant | ) | |
| | ) | |

INDICTMENT

At all times relevant to this Indictment:

General Allegations

1. The defendant, REMIGIJUS MIKELENAS, resided in Canton, Massachusetts.

2. MIKELENAS and his spouse co-owned and operated Amber Road Café ("ARC"), a restaurant that served breakfast and lunch in Canton, Massachusetts.

3. MIKELENAS and his spouse also co-owned and operated Ruta Raw Juice Bar ("RRJB"), which was in the same building as ARC, and offered fresh juices, smoothies, salads, rice bowls, and pastries.

The Internal Revenue Service and the Tax Laws of the United States

4. The Internal Revenue Service ("IRS") was an agency of the United States within the Department of the Treasury and was responsible for enforcing and administering the tax laws of the United States.

5. In order to accurately assess and collect taxes, the IRS was required to, among other things, determine taxpayers' actual income, credits, and deductions. To accomplish its mission, the IRS used, among other means, tax returns filed pursuant to the tax laws of the United States, as set forth in Title 26 of the United States Code, including the following:

Individuals: In general, individual taxpayers were required to report their income, any allowable deductions, and tax liability on U.S. Individual Income Tax Returns, Forms 1040 ("Forms 1040"), and related IRS Schedules and Forms attached to them. An individual may file a "Schedule C" with a Form 1040 to report income or loss from a business.

Corporations: In general, all domestic corporations were required to file an annual income tax return, whether or not they had any taxable income. U.S. Income Tax Returns for an S Corporation, Forms 1120S ("Forms 1120S"), were a type of annual return used by corporations. S Corporations did not themselves have tax liability for net business income. Instead, the tax laws compelled the S Corporation owner to report any net business income from the S Corporation as "flow through income" on the owner's Form 1040, where it was taxed as individual income.

Partnerships: In general, partnerships were required to report their annual gross receipts or sales, expenses, and resulting income or loss on United States Income Tax Returns for a Partnership, Form 1065 ("Form 1065"). Instead of paying federal income taxes directly, partnerships passed their income (or losses) through to their shareholders to report on their individual income tax returns.

6. In or about 2012 and for part of 2013, MIKELENAS operated ARC as a sole proprietorship for tax purposes. Between in or about 2013 and in or about 2015, MIKELENAS and his spouse operated ARC as a partnership. In 2013 and 2014, ARC filed a Form 1065, with the attached Schedule K-1 reporting the corporate income attributable to MIKELENAS and his spouse. In 2013, MIKELENAS also reported ARC income on his Form 1040.

7. From in or about 2015 through in or about 2020, MIKELENAS and his spouse operated ARC as an S-Corporation, and ARC annually filed a Form 1120S, with the attached Schedule K-1 reporting the corporate income attributable to MIKELENAS and his spouse.

8.  From at least in or about 2015 through in or about 2020, MIKELENAS and his spouse operated RRJB as a partnership, and RRJB annually filed a Form 1065, with the attached Schedule K-1 reporting the corporate income attributable to MIKELENAS and his spouse.

### The False Corporate Tax Returns

9.  In connection with his operation of ARC and RRJB, MIKELENAS maintained two sets of "books" for each business. He maintained physical calendars that listed each business's actual gross receipts, and falsified records that he provided to his accountant that underreported each business's gross receipts.

10. MIKELENAS's accountant relied on the falsified records when preparing ARC and RRJB's tax filings.

11. As just one example, in or about 2020, MIKELENAS falsely reported to his accountant that ARC had $786,309 in gross receipts and RRJB had $329,357 in gross receipts for the tax year 2019. In fact, however, MIKELENAS maintained physical calendars, which he did not provide to his accountant, in which he recorded $1,080,062 in actual gross receipts for ARC and $458,576 in gross receipts for RRJB over the same period.

12. In total, for tax years 2012 through 2020, ARC earned approximately $8,607,689.21 in gross receipts, which were reflected on the physical calendars that MIKELENAS maintained. For this same period, however, MIKELENAS falsely reported to his accountant that ARC had earned only approximately $5,670,870 in gross receipts. As a result, in each of those years, MIKELENAS caused his accountant to prepare and file with the IRS false Forms 1065 and Forms 1120S that, taken together, underreported ARC's gross receipts by nearly $3 million.

13. Likewise, for tax years 2015 through 2020, RRJB earned approximately $1,822,978.89 in gross receipts, which were reflected on the physical calendars that MIKELENAS

maintained. For this same period, however, MIKELENAS falsely reported to his accountant that RRJB had earned only approximately $1,240,815.00 in gross receipts. As a result, in each of those years, MIKELENAS caused his accountant to prepare and file false Forms 1065 that, taken together, underreported RRJB's gross receipts by nearly $600,000.

The False Personal Tax Returns

14. The falsified income that MIKELENAS caused ARC and RRJB to report on their tax returns flowed through to the Forms 1040 that MIKELENAS caused his tax preparer to annually prepare and file on his behalf with the IRS. By underreporting the income from those businesses, as set forth above, MIKELENAS similarly caused his tax preparer to annually prepare Forms 1040 for MIKELENAS and his spouse, as a married couple filing jointly, that materially underreported their income.

15. For each of the tax years between in or about 2018 and in or about 2020, MIKELENAS and his spouse executed a Form 8879, which authorized their tax preparer to submit their tax return on their behalf. The Form 8879 also provided that MIKELENAS and his spouse had reviewed the information on the return and that, under "penalties of perjury," it was "true, correct, and complete" to the best of their knowledge. In fact, as MIKELENAS knew, the returns that he caused his tax preparer to file were false in that they failed to fully reflect the money MIKELENAS and his spouse had earned from their businesses, ARC and RRJB, in each of those years.

16. As a result of his conduct, between in or about 2012 and in or about 2020, MIKELENAS deliberately avoided paying more than $860,000 in federal income taxes that were due and owing.

## The Attempted Sale of ARC and RRJB

17.  In or around May 2021, MIKELENAS put ARC and RRJB up for sale.

18.  In or around June 2021, MIKELENAS met with an undercover law enforcement agent ("UCA") posing as a prospective buyer for the businesses.

19.  During the meeting, MIKELENAS told the UCA, in substance, that he regularly underreported ARC and RRJB's gross receipts in each business's tax returns and showed the UCA the physical calendars for ARC and RRJB that listed each business's actual gross receipts.

20.  MIKELENAS also demonstrated to the UCA how he underreported ARC's gross receipts on its electronic point-of-sale system, including how he deleted and reindexed sales. MIKELENAS warned that "you have to be very careful… you don't want to… delete too many numbers."

21.  During the meeting, MIKELENAS asked the UCA, "you don't work for IRS, right?" He later added, "If I get caught, I'll be screwed."

<u>COUNTS ONE – THREE</u>
Filing a False Tax Return
(26 U.S.C. § 7206(1))

The Grand Jury charges:

22. The Grand Jury re-alleges and incorporates by reference paragraphs 1-21 of this Indictment.

23. On or about each of the dates set forth below, in the District of Massachusetts and elsewhere, the defendant,

REMIGIJUS MIKELENAS,

did willfully make and subscribe a joint U.S Individual Tax return, Form 1040, for the tax year listed below, which was verified by a written declaration that it was made under the penalties of perjury, and which was filed with the Director, Internal Revenue Service, and which return MIKELENAS did not believe to be true and correct as to every material matter, in that the return, among other things, falsely underreported the income from his businesses, Amber Road Café and Ruta Raw Juice Bar:

| Count | Approximate Filing Date | Tax Year |
|---|---|---|
| 1 | April 1, 2019 | 2018 |
| 2 | May 11, 2020 | 2019 |
| 3 | October 4, 2021 | 2020 |

All in violation of Title 26, United States Code, Section 7206(1).

A TRUE BILL

_____
FOREPERSON

JOSHUA S. LEVY
ACTING UNITED STATES ATTORNEY

_____
BENJAMIN A. SALTZMAN
ASSISTANT UNITED STATES ATTORNEY
DISTRICT OF MASSACHUSETTS

District of Massachusetts: AUGUST 6th, 2024
Returned into the District Court by the Grand Jurors and filed.

/s/ Leonardo T. Vieira, 1:23pm
_____
DEPUTY CLERK