UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

CRIM NO: 24-CR-10232-WGY

v.

REMIGIJUS MIKELENAS

## NOTICE OF WITHDRAWAL

Now comes Defendant Remigijus Mikelenas' counsel, in the above-entitled matter, and moves this Honorable Court to permit him to withdraw as counsel. Grounds for the motion are as follows:

1. Undersigned counsel has been informed by the defendant that he is unable to finance his defense with private counsel; and

2. The defendant is requesting to have a public defender represent him in this matter.

September 18, 2024

Respectfully submitted,
REMIGIJUS MIKELENAS
By his Attorney,

/s/ Nathaniel Amendola
Nathaniel Amendola
AMENDOLA LLC
183 Washington St.
Norwell, MA 02061
781.740.0800
BBO # 684285

CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be send to those indicated as non-registered participants on September 18, 2024.

/s/ Nathaniel Amendola
Nathaniel Amendola