UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v. )<br>)<br>REMIGIJUS MIKELENAS, )<br>      Defendant. )<br>) | Case No. 24-cr-10232-WGY |

### ASSENTED TO MOTION FOR LEAVE TO APPEAR PRO HAC VICE

Pursuant to Local Rule 83.5.3, Remigijus Mikelenas ("Mikelenas"), by and through below-signed counsel and hereby requests this Honorable Court allow Attorney Keith Mathews to enter his appearance *pro hac vice* in the above-captioned. As grounds therefor, Mikelenas states that:

1. Attorney Mathews is licensed to practice in New Hampshire with Bar No. 20997 and Maine with Bar No. 5382, he is admitted to practice in the District Courts of New Hampshire and Maine.

2. Attorney Mathews is a member of the bar in good standing in every jurisdiction in which he has been admitted to practice.

3. Attorney Mathews is not the subject of disciplinary proceedings pending in any jurisdiction in which he is a member of the bar.

4. Attorney Mathews has not previously had a *pro hac vice* admission to this court revoked for misconduct.

5. Attorney Mathews has read and agrees to comply with the Local Rules of the United States District Court for the District of Massachusetts.

6. Local counsel will be actively associated with Attorney Mathews.

7. The appearance and active participation of Attorney Mathews on behalf of Mr. Mikelenas will facilitate the proper presentation of his position in this court.

8. Attorney Mathews' certification pursuant to L.R. 83.5.3(e)(3) is attached to this motion. A proposed order is also attached to this motion.

9. Assistant US Attorney Benjamin Saltzman assents to the allowance of this motion.

WHEREFORE, Mr. Mikelenas respectfully requests this Court allow his motion

REMIGIJUS MIKELENAS
By his attorney,

 /s/ Matthew D. Thompson 
Matthew D. Thompson
B.B.O. 655225
BUTTERS BRAZILIAN LLP
420 Boylston Street
Boston, Massachusetts 02116
(617) 367-2600
fax: (617) 367-1363
Dated: March 14, 2025                                              thompson@buttersbrazilian.com

# CERTIFICATE OF SERVICE

I hereby certify that the above document was sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on this date.

/s/ Matthew D. Thompson
Matthew D. Thompson