UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **UNITED STATES**<br><br>v.<br><br>**REMIGIJUS MIKELENAS** | Docket No. 24-CR-10232-WGY |

## MOTION TO WITHDRAW

Undersigned counsel respectfully moves to withdraw as counsel for the defendant in the above-captioned matter. In support thereof, the defendant has retained counsel. See Dkt. 21, 22.

Respectfully submitted,

*/s/ Joshua Hanye*
Joshua Hanye
BBO 66186
Federal Public Defender Office
51 Sleeper St., 5th Floor
Boston, MA 02210
(617) 223-8061
Joshua_Hanye@fd.org

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on March 14, 2025.

*/s/ Joshua Hanye*
Joshua Hanye